Karl E. Osterhout, Esq.
PA ID 49658
521 Cedar Way, Suite 200
Oakmont, PA 15139
412-794-8003
Karl@mydisabilityattorney.com
Attorney for Plaintiff, Ramona Pineda

David Allen, Esq.
CA Bar ID No.: 87193
David Allen & Associates
5230 Folsom Boulevard
Sacramento, CA 95819
Telephone: (916)455-4800
Facsimile:916-451-5687
davidallen@davidallenlaw.com
Attorney for Plaintiff, Ramona Pineda

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| RAMONA VALDEZ PINEDA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:18-CV-1086-BAM <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPENING BRIEF |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of thirty (30) days, until May 15, 2019, to file her Opening Brief. The additional time is requested due to the complexity of the case, the issues presented and counsel's heavy briefing workload.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

April 10, 2019 /s/ Karl E. Osterhout
DATED KARL E. OSTERHOUT, ESQUIRE
Attorney for Plaintiff, Ramona Pineda

April 10, 2019 /s/ David Allen
DATED DAVID ALLEN, ESQUIRE
Attorney for Plaintiff, Ramona Pineda

April 10, 2019 MCGREGOR W. SCOTT
DATED United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By: /s/Carolyn Chen*
(*as authorized by email on April 10, 2019)
CAROLYN CHEN
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff shall have an extension of time to May 15, 2019, in which to file an Opening Brief. All other dates in the Court's Scheduling Order are extended accordingly.
IT IS SO ORDERED.

Dated: **April 18, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE