MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| RAMONA VALDEZ PINEDA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01086-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 7 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 additional days to respond to Plaintiff's opening brief. The current due date is June 14, 2019. The new due date will be June 21, 2019.

This is Defendant's first request for an extension of time and the second request in this case overall. There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel has worked on about 12 district court and bankruptcy matters, some of which required more time to complete than anticipated, particularly in the last two weeks.

1

Thus, Defendant is respectfully requesting additional time up to and including June 21, 2019, to respond to Plaintiff's opening brief. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: June 12, 2019					OSTERHOUT DISABILITY LAW, LLC

							*s/ Karl E. Osterhout by C.Chen\**
							(As authorized by email on 6/12/2019)
							KARL E. OSTERHOUT
							Attorneys for Plaintiff

Date: June 12, 2019					MCGREGOR W. SCOTT
							United States Attorney

							By *s/ Carolyn B. Chen*
							CAROLYN B. CHEN
							Special Assistant U. S. Attorney

							Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension of time to file a response to Plaintiff's Opening Brief. Defendant's response shall be filed on or before June 21, 2019. All other deadlines in the Court's Scheduling Order shall be modified accordingly.
IT IS SO ORDERED.

Dated:   **June 13, 2019**			        /s/ *Barbara A. McAuliffe*
							UNITED STATES MAGISTRATE JUDGE